**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7579**

---

ISTIVAN CLEVONDON DOUGLAS,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; M. L.
POLK, III,

Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. James A. Beaty, Jr., District Judge. (CA-96-744-4)

---

Submitted: October 8, 1998          Decided: October 21, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Istivan Clevondon Douglas, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Istivan Clevondon Douglas seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny Douglas' motion for summary judgment, and dismiss the appeal on the reasoning of the district court. Douglas v. Attorney Gen., No. CA-96-744-4 (M.D.N.C. Oct. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED